# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-34221-JPC |
| | § | |
| MARK ALEXANDER SNOOK | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 05/17/2012, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   04/13/2012                By:   /s/ David P. Leibowitz
                                                (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST-Form 101-7-NFR (5/1/2011)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-34221-JPC |
| | § | |
| MARK ALEXANDER SNOOK | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $4,022.83
*and approved disbursements of*        $7.52
*leaving a balance on hand of[1]:*        $4,015.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 9 | American Honda Finance Corporation | $2,153.86 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:        $0.00
Remaining balance:        $4,015.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,005.71 | $0.00 | $1,005.71 |
| David P. Leibowitz, Trustee Expenses | $47.74 | $0.00 | $47.74 |

Total to be paid for chapter 7 administrative expenses:        $1,053.45
Remaining balance:        $2,961.86

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as
follows: NONE

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,961.86 |

In addition to the expenses of administration listed above as may be allowed by the
Court, priority claims totaling $0.00 must be paid in advance of any dividend to general
(unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,961.86 |

The actual distribution to wage claimants included above, if any, will be the proposed
payment less applicable withholding taxes (which will be remitted to the appropriate taxing
authorities).

Timely claims of general (unsecured) creditors totaling $100,983.49 have been allowed
and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid
in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus
interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | $884.46 | $0.00 | $25.94 |
| 2 | Discover Bank | $9,152.55 | $0.00 | $268.45 |
| 3 | Chase Bank USA, N.A. | $950.28 | $0.00 | $27.87 |
| 4 | Chase Bank USA, N.A. | $6,019.99 | $0.00 | $176.57 |
| 5 | Chase Bank USA, N.A. | $2,103.96 | $0.00 | $61.71 |
| 6 | First Tech Credit Union | $17,286.41 | $0.00 | $507.01 |
| 7 | Real Time Resolutions Inc | $42,957.13 | $0.00 | $1,259.94 |
| 8 | Sprint Nextel  Correspondence | $6,173.21 | $0.00 | $181.06 |
| 10 | American Express Centurion Bank | $12,545.91 | $0.00 | $367.97 |
| 11 | PYOD LLC its successors and assigns as assignee of | $2,909.59 | $0.00 | $85.34 |

Total to be paid to timely general unsecured claims:      $2,961.86

Remaining balance:      $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:      $0.00

Remaining balance:      $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:      $0.00

Remaining balance:      $0.00

Prepared By:  /s/ David P. Leibowitz

Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-34221-JPC
Mark Alexander Snook                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mgonzalez          Page 1 of 3          Date Rcvd: Apr 17, 2012
                              Form ID: pdf006           Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2012.
```
db           +Mark Alexander Snook,    1501 Rosa L Parks Blvd,    Nashville, TN 37208-2160
15932554     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court:  American Honda Finance,    1220 Old Alpharetta Road,
              Alpharetta, GA 30005)
15932553     +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16794298      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15932555     +Americas Servicing Company,    MAC X2501-01D, BK Dept.,    1 Home Campus,
              Des Moines, IA 50328-0001
15932558      BAC Home Loans Servicing LP,    P.O.Box 650070,    Dallas, TX 75265-0070
15932557     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
15932560     +Blatt, Hasenmiller, Leibsker et al,    125 S. Wacker Drive, Suite 400,    Chicago, IL 60606-4440
15932561     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15932562     +Chase Bank,    CH1-1188,    340 S. Cleveland Ave., Bldg. 370,    Westerville, OH 43081-8917
16590693      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15932563     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15932564      City of Chicago Dept of Water Mgmt.,    PO Box 6330,    Chicago, IL 60680-6330
15932565     +Codilis & Associates, PC,    15W030 N. Frontage Rd.,    Burr Ridge, IL 60527-6921
15932567     +Countrywide Home Loan,    PO Box 5170,    Simi Valley, CA 93062-5170
15932568     +Daniel Levy,    c/o Stephen J Feldman,    611 N. Wells St.,    Chicago, IL 60654-3714
15932569     +Deutsche Bank National,    c/o Freedman, Anselmo, Lindberg,    1807 Diehl Rd., PO Box 3107,
              Naperville, IL 60566-7107
15932571     +Dutton & Dutton,    10325 W. Lincoln Highway,    Frankfort, IL 60423-1280
15932573     +First Tech Credit Union,    PO Box 2100,    Beaverton, OR 97075-2100
15932572     +First Tech Credit Union,    PO Box 2780,    Portland, OR 97208-2780
15932574     +Freedman Anselmo Lindberg and,    1807 W. Diehl Rd., Suite 333,    PO Box 3228,
              Naperville, IL 60566-3228
15932575     +Good Samaritan Hospital,    Box 93548,    Chicago, IL 60673-3548
15932576     +Grace Sheffield Condo Assoc.,    PO Box 5975,    Carol Stream, IL 60197-5975
15932577     +Harris & Harris Ltd,    222 Merchandise Mart Plz,    Chicago, IL 60654-1103
15932578     +Julie S. Levy,    c/o Stephen J Feldman,    611 N. Wells St.,    Chicago, IL 60654-3714
15932580     +Money Recovery Nationwide,    Po Box 13129,    Lansing, MI 48901-3129
15932582      Ocwen Loan Servicing, LLC,    Attention Bankruptcy,    P.O. Box 785057,    Orlando, FL 32878-5057
15932583     +People's Gas,    Attn:  Special Projects,    130 E. Randolph Dr.,    Chicago, IL 60601-6302
15932584      RCN Cable,    196 Van Buren Street, Suite 300,    Herndon, VA 20170-5337
16654404     +++Real Time Resolutions Inc,    agent for BAC Home Loans fka Countrywide,    1750 Regal Row Suite 120,
              Dallas, Texas 75235-2287
15932586     ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
              OVERLAND PARK KS 66207-0949
              (address filed with court:  Sprint,    Po Box 54977,    Los Angeles, CA 90054)
15932587     +West Asset Management,    Attn: Bankruptcy,    2703 North Highway 75,    Sherman, TX 75090-2567
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16782704      E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 18 2012 01:22:44
              American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
              Irving, TX 75016-8088
15932556      E-mail/Text: ALSBankruptcy@aurorabankfsb.com Apr 18 2012 01:24:00    Aurora Loan Services,
              PO Box 1706,    Scottsbluff, NE 69363-1706
15932566     +E-mail/Text: legalcollections@comed.com Apr 18 2012 01:22:57    Commonwealth Edison Company,
              Legal Revenue Recovery/Claims Dept,    Three Lincoln Center,    Oakbrook Terrace, IL 60181-4204
16258190     +E-mail/Text: legalcollections@comed.com Apr 18 2012 01:22:57    Commonwealth Edison Company,
              3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
16547622      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2012 03:54:00    Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
15932570     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2012 03:54:00    Discover Fin,
              Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
15932581     +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 18 2012 07:27:42    NCO Fin/99,
              P.O. Box 15636,    Wilmington, DE 19850-5636
16894731      E-mail/Text: resurgentbknotifications@resurgent.com Apr 18 2012 01:19:32
              PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15932585     +E-mail/Text: bkdepartment@rtresolutions.com Apr 18 2012 07:30:04    Real Time Resolutions,
              1750 Regal Row,    Dallas, TX 75235-2289
                                                                                        TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16655699*    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
              OVERLAND PARK KS 66207-0949
              (address filed with court:  Sprint Nextel  Correspondence,    Attn Bankruptcy Dept,    PO Box 7949,
              Overland Park KS 66207-0949)
16655700*    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
              OVERLAND PARK KS 66207-0949
              (address filed with court:  Sprint Nextel Distribution,    Attn: Bankruptcy Dept,    P.O. Box 3326,
              Englewood, CO 80155-3326)
```

```
District/off: 0752-1          User: mgonzalez          Page 2 of 3              Date Rcvd: Apr 17, 2012
                             Form ID: pdf006           Total Noticed: 41
```

```
15932559   ##+Bank Of America,   Po Box 15026,   Wilmington, DE 19850-5026
15932579   ##+Money Recovery Nationw,   801 S Waverly Rd Ste 100,   Lansing, MI 48917-4200
                                                                    TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2012**                    **Signature:**    *Joseph Speetjens*

District/off: 0752-1                User: mgonzalez                Page 3 of 3                Date Rcvd: Apr 17, 2012
                                    Form ID: pdf006                Total Noticed: 41

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2012 at the address(es) listed below:
          Alfredo J Garcia    on behalf of Debtor Mark Snook notice@ledfordwu.com,  courtnotice@ledfordwu.com
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Jose G Moreno    on behalf of Creditor  BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME lOANS
           SERVICING LP nd-one@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Sara K Ledford    on behalf of Debtor Mark Snook notice@ledfordwu.com,  courtnotice@ledfordwu.com
                                                                                           TOTAL: 5