**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-34221-JPC |
| | § | |
| MARK ALEXANDER SNOOK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $14,327.00 | Assets Exempt: | $6,700.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,961.86 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,060.97 | | |

3) Total gross receipts of $4,022.83 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $4,022.83 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $2,153.86 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,060.97 | $1,060.97 | $1,060.97 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $165,037.13 | $100,983.49 | $100,983.49 | $2,961.86 |
| **Total Disbursements** | $165,037.13 | $104,198.32 | $102,044.46 | $4,022.83 |

4). This case was originally filed under chapter 7 on 07/30/2010. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2012         By:   /s/ David P. Leibowitz
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Potential recovery of earnest money from failed real estate sale. Debtor was the Seller in the transacation. State of Illinois is holding Buyers' $10,000.00 Earnest Money Deposit. | 1129-000 | $4,022.83 |
| **TOTAL GROSS RECEIPTS** | | **$4,022.83** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | American Honda Finance Corporation | 4110-000 | NA | $2,153.86 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | NA | $2,153.86 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,005.71 | $1,005.71 | $1,005.71 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $47.74 | $47.74 | $47.74 |
| Green Bank | 2600-000 | NA | $7.52 | $7.52 | $7.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,060.97 | $1,060.97 | $1,060.97 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | $841.04 | $884.46 | $884.46 | $25.94 |
| 2 | Discover Bank | 7100-000 | $9,152.00 | $9,152.55 | $9,152.55 | $268.45 |
| 3 | Chase Bank USA, N.A. | 7100-000 | $950.00 | $950.28 | $950.28 | $27.87 |
| 4 | Chase Bank USA, N.A. | 7100-000 | $6,019.00 | $6,019.99 | $6,019.99 | $176.57 |
| 5 | Chase Bank USA, N.A. | 7100-000 | $2,103.00 | $2,103.96 | $2,103.96 | $61.71 |
| 6 | First Tech Credit Union | 7100-000 | $17,027.00 | $17,286.41 | $17,286.41 | $507.01 |
| 7 | Real Time Resolutions Inc | 7100-000 | $39,388.00 | $42,957.13 | $42,957.13 | $1,259.94 |
| 8 | Sprint Nextel Correspondence | 7100-000 | NA | $6,173.21 | $6,173.21 | $181.06 |
| 10 | American Express Centurion Bank | 7100-000 | $12,545.00 | $12,545.91 | $12,545.91 | $367.97 |
| 11 | PYOD LLC its successors and assigns as assignee of | 7100-000 | $2,909.00 | $2,909.59 | $2,909.59 | $85.34 |
| | American Honda Finance | 7100-000 | $2,153.00 | NA | NA | $0.00 |
| | Americas Servicing Company | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Aurora Loan Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bac Home Loans Servici | 7100-000 | $0.00 | NA | NA | $0.00 |
| | BAC Home Loans Servicing LP | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bank Of America | 7100-000 | $29,356.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $3,376.00 | NA | NA | $0.00 |
| | Chase Bank | 7100-000 | $25,667.00 | NA | NA | $0.00 |
| | Citibank Sd, Na | 7100-000 | $2,671.00 | NA | NA | $0.00 |
| | City of Chicago Dept of Water Mgmt. | 7100-000 | $28.95 | NA | NA | $0.00 |
| | City of Chicago Dept of Water Mgmt. | 7100-000 | $431.00 | NA | NA | $0.00 |
| | Countrywide Home Loan | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Daniel Levy | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Deutsche Bank National | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Good Samaritan | 7100-000 | $201.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Hospital | | | | | |
| Grace Sheffield Condo Assoc. | 7100-000 | $354.14 | NA | NA | $0.00 |
| Harris & Harris Ltd | 7100-000 | $699.00 | NA | NA | $0.00 |
| Julie S. Levy | 7100-000 | $0.00 | NA | NA | $0.00 |
| Money Recovery Nationw | 7100-000 | $38.00 | NA | NA | $0.00 |
| Money Recovery Nationw | 7100-000 | $33.00 | NA | NA | $0.00 |
| Money Recovery Nationwide | 7100-000 | $2,704.00 | NA | NA | $0.00 |
| NCO Fin/99 | 7100-000 | $218.00 | NA | NA | $0.00 |
| Ocwen Loan Servicing, LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| West Asset Management | 7100-000 | $6,173.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $165,037.13 | $100,983.49 | $100,983.49 | $2,961.86 |

**UST Form 101-7-TDR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 10-34221-JPC | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | SNOOK, MARK ALEXANDER | | **Date Filed (f) or Converted (c):** | 07/30/2010 (f) |
| **For the Period Ending:** | 8/14/2012 | | **§341(a) Meeting Date:** | 09/28/2010 |
| | | | **Claims Bar Date:** | 03/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Cash on Hand | $300.00 | $267.00 | DA | $0.00 | FA |
| 2  1st Tech Credit Union Checking Account | $20.00 | $20.00 | DA | $0.00 | FA |
| 3  1st Tech Credit Union Savings Account | $5.00 | $5.00 | DA | $0.00 | FA |
| 4  State Bank of Countryside Checking Account | $3,967.00 | $0.00 | DA | $0.00 | FA |
| 5  Misc. Household Goods including: Sofa, Television, DVD Player, End Tables, Dining Table & Chairs, Pots, Pans, Dishes, Silverware, Vacuum, Coffee Maker, Bookshelves, Computer, Printer, Stereo, Lamps | $1,500.00 | $1,500.00 | DA | $0.00 | FA |
| 6  Misc. Books & Pictures | $200.00 | $200.00 | DA | $0.00 | FA |
| 7  Used clothing | $300.00 | $0.00 | DA | $0.00 | FA |
| 8  Potential recovery of earnest money from failed real estate sale. Debtor was the Seller in the transacation. State of Illinois is holding Buyers' $10,000.00 Earnest Money Deposit. (u) | $10,000.00 | $4,000.00 | DA | $4,022.83 | FA |
| 9  2000 Honda CRV with over 125,000 miles | $4,735.00 | $2,335.00 | OA | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$21,027.00     $8,327.00        $4,022.83     $0.00

**Major Activities affecting case closing:**
Potential recovery of earnest money from failed real estate sale. Compromise for $4000.00 9019 motion granted
Motion to abandon interest in Vehicle .
TFR to be completed.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 03/31/2012 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 03/31/2012 | DAVID LEIBOWITZ |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-34221-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SNOOK, MARK ALEXANDER | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5579 | Checking Acct #: | ******2101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/30/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/23/2011 | (8) | Dorothy Brown/ Clerk of the Circuit Court of Cook | Recovery of Funds | 1129-000 | $4,022.83 | | $4,022.83 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.04 | $4,021.79 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.48 | $4,015.31 |
| 05/25/2012 | 1001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $47.74 | $3,967.57 |
| 05/25/2012 | 1002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,005.71 | $2,961.86 |
| 05/25/2012 | 1003 | Commonwealth Edison Company | Claim #: 1; Amount Claimed: 884.46; Amount Allowed: 884.46; Distribution Dividend: 2.93; | 7100-000 | | $25.94 | $2,935.92 |
| 05/25/2012 | 1004 | Discover Bank | Claim #: 2; Amount Claimed: 9,152.55; Amount Allowed: 9,152.55; Distribution Dividend: 2.93; | 7100-000 | | $268.45 | $2,667.47 |
| 05/25/2012 | 1005 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 950.28; Amount Allowed: 950.28; Distribution Dividend: 2.93; | 7100-000 | | $27.87 | $2,639.60 |
| 05/25/2012 | 1006 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 6,019.99; Amount Allowed: 6,019.99; Distribution Dividend: 2.93; | 7100-000 | | $176.57 | $2,463.03 |
| 05/25/2012 | 1007 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 2,103.96; Amount Allowed: 2,103.96; Distribution Dividend: 2.93; | 7100-000 | | $61.71 | $2,401.32 |
| 05/25/2012 | 1008 | First Tech Credit Union | Claim #: 6; Amount Claimed: 17,286.41; Amount Allowed: 17,286.41; Distribution Dividend: 2.93; | 7100-000 | | $507.01 | $1,894.31 |
| 05/25/2012 | 1009 | Real Time Resolutions Inc | Claim #: 7; Amount Claimed: 42,957.13; Amount Allowed: 42,957.13; Distribution Dividend: 2.93; | 7100-000 | | $1,259.94 | $634.37 |
| 05/25/2012 | 1010 | Sprint Nextel Correspondence | Claim #: 8; Amount Claimed: 6,173.21; Amount Allowed: 6,173.21; Distribution Dividend: 2.93; | 7100-000 | | $181.06 | $453.31 |
| 05/25/2012 | 1011 | American Express Centurion Bank | Claim #: 10; Amount Claimed: 12,545.91; Amount Allowed: 12,545.91; Distribution Dividend: 2.93; | 7100-000 | | $367.97 | $85.34 |
| 05/25/2012 | 1012 | PYOD LLC its successors and assigns as assignee of | Claim #: 11; Amount Claimed: 2,909.59; Amount Allowed: 2,909.59; Distribution Dividend: 2.93; | 7100-000 | | $85.34 | $0.00 |

| | | | | **SUBTOTALS** | $4,022.83 | $4,022.83 | |

**FORM 2** Page No: 2

Case 10-34221 Doc 43 Filed 08/15/12 Entered 08/15/12 10:30:55 Desc Main Exhibit 9
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document Page 8 of 9

| **Case No.** | 10-34221-JPC | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | SNOOK, MARK ALEXANDER | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******5579 | | | **Checking Acct #:** | ******2101 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | |
| **For Period Beginning:** | 7/30/2010 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/14/2012 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $4,022.83 | $4,022.83 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,022.83 | $4,022.83 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $4,022.83 | $4,022.83 | |

| For the period of 7/30/2010 to 8/14/2012 | | For the entire history of the account between 12/23/2011 to 8/14/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,022.83 | Total Compensable Receipts: | $4,022.83 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,022.83 | Total Comp/Non Comp Receipts: | $4,022.83 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,022.83 | Total Compensable Disbursements: | $4,022.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,022.83 | Total Comp/Non Comp Disbursements: | $4,022.83 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 10-34221-JPC | |
| **Case Name:** | SNOOK, MARK ALEXANDER | |
| **Primary Taxpayer ID #:** | ******5579 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/30/2010 | |
| **For Period Ending:** | 8/14/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******2101 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,022.83 | $4,022.83 | $0.00 |

**For the period of 7/30/2010 to 8/14/2012**

| | |
|---|---:|
| Total Compensable Receipts: | $4,022.83 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,022.83 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,022.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,022.83 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/30/2010 to 8/14/2012**

| | |
|---|---:|
| Total Compensable Receipts: | $4,022.83 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,022.83 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,022.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,022.83 |
| Total Internal/Transfer Disbursements: | $0.00 |